IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT STRONG,

    Petitioner,

vs.                                           4:07cv5-RH/WCS

JAMES McDONOUGH,

    Respondents.

_____/

### REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

Petitioner was given until April 27, 2007, to either show cause why his 28 U.S.C. § 2254 petition should not be summarily dismissed as untimely (as well as pay the filing fee or submit a supporting affidavit), or to file a notice of voluntary dismissal. Doc. 7 (incorporated herein by reference). Petitioner was advised that "[f]ailure to comply with this order will result in a recommendation of summary dismissal without further notice." *Id.*, p. 4. Petitioner has not complied with the order, and it is respectfully **RECOMMENDED** that this case be summarily **DISMISSED**.

**IN CHAMBERS** at Tallahassee, Florida, on May 16, 2007.

                               S/   William C. Sherrill, Jr.
                              **WILLIAM C. SHERRILL, JR.**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.